# EXHIBIT A
*Copyrights Infringed*

|   | Publisher | ISBN | Title | Author | Copyright Registration |
|---|-----------|------|-------|--------|------------------------|
| 1 | Cengage | 9781111841768 | Case Approach to Counseling & Psychotherapy 8th | Corey | TX 7-472-722 |
| 2 | Cengage | 9781111186777 | Crisis Intervention Strategies 7th | James | TX 7-587-681 |
| 3 | Cengage | 9781133956570 | Essentials of Statistics for the Behavioral Sciences 8th | Gravetter | TX 7-394-817 (7th) |
| 4 | Cengage | 9780538473514 | Law & Ethics in the Business Environment 7th | Halbert | TX 7-384-582 |
| 5 | Pearson | 9780131421134 | Applied Behavior Analysis 2nd | Cooper | TX 6-539-183 (1st) |
| 6 | Pearson | 9780130882394 | Applied Hydrogeology 4th | Fetter | TX 5-219-460 |
| 7 | Pearson | 9780205017669 | Business Ethics 7th | Velasquez | TX 7-454-104 |
| 8 | Pearson | 9780137071326 | Diagnosis and Evaluation in Speech Pathology 8th | Haynes | TX 7-356-279 |
| 9 | Pearson | 9780139078743 | Fundamentals of Complex Analysis 3rd | Saff | TX 5-677-561 |
| 10 | Pearson | 9780132582100 | Fundamentals of Phonetics 3rd | Small | TX 7 369-834 |
| 11 | Pearson | 9780132567961 | Hydrology and Floodplain Analysis 5th | Bedient | TX 7-547-039 |
| 12 | Pearson | 9780132729840 | Implementing Organizational Change 3rd | Spector | TX 7-505-200 |
| 13 | Pearson | 9780205203987 | Introduction to Behavioral Research Methods 6th | Leary | TX 7-451-209 |
| 14 | Pearson | 9780132556408 | Management of Organizational Behavior 10th | Hersey | TX 7-588-796 |
| 15 | Pearson | 9780132556385 | Performance Management 3rd | Aguinis | TX 7-534-192 |
| 16 | Pearson | 9780132678117 | Policy Studies for Educational Leaders 4th | Fowler | TX 7-548-566 |
| 17 | Pearson | 9780205907694 | Research Methods: A Process of Inquiry 8th | Graziano | TX 7-588-030 |
| 18 | Pearson | 9780205238828 | Understanding Public Policy 14th | Dye | TX 7-521-698 |
| 19 | MHE | 9780073401041 | Construction Management Fundamentals 2nd | Knutson | TX 5-823-811 (1st) |