# AFFIDAVIT OF SERVICE

| State of Massachusetts | County of | United States District Court |
|---|---|---|

Case Number: 1:15-CV-13135-GAO

Plaintiff:
**Cengage Learning, Inc., et al.**

vs.

Defendant:
**Eric Hunting, et al.**

For:
Oppenheim + Zebrak, LLP
5225 Wisconsin Avenue N.W.
Suite 503
Washington, DC 20015

Received these papers on the 13th day of August, 2015 at 10:01 am to be served on **David Toone, 7512 Prospect Ave N.E., Albuquerque, NM 87110**.

I, Sinai Gonzalez, being duly sworn, depose and say that on the **15th day of August, 2015** at **7:03 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Disclosure Statement** to: **David Toone** at the address of: **7512 Prospect Ave N.E., Albuquerque, NM 87110**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/15/2015 7:03 pm Sinai Gonzalez personally served David Toone at 7512 Prospect Ave N.E., Albuquerque, NM 87110.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 200, Hair: White, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 18th day of August, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL
**TABATHA RIVERA**
Notary Public
State of New Mexico
My Commission Expires: 7-22-19

Sinai Gonzalez
Process Server

Our Job Serial Number: MPP-2015011097

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m