# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENGAGE LEARNING, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC HUNTING, DAVID TOONE, MICHAEL BLALOCK, and INFORMATION RECYCLERS LLC, <br><br> Defendants. | Civil Action No. 1:15-cv-13135 |

## NOTICE OF VOLUNTARY DISMISSAL
## RELATING TO DEFENDANT MICHAEL BLALOCK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Cengage Learning, Inc., McGraw-Hill Global Education Holdings, LLC, and Pearson Education, Inc. hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Michael Blalock.

DATED: September 29, 2015

Respectfully submitted,

*/s/ Kerry M. Mustico*
Matthew J. Oppenheim
Kerry M. Mustico (BBO No. 654600)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, DC 20015
Tel: (202) 480.2999
matt@oandzlaw.com
kerry@oandzlaw.com

*Counsel for Plaintiffs Cengage Learning, Inc., Pearson Education, Inc., and McGraw-Hill Global Education Holdings, LLC*

## LR 5.2(b) CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing, filed on September 29, 2015 through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon the following:

  Eric Hunting
  202A County Road 55
  Cerrillos, NM 87010

  David Toone
  7512 Prospect Avenue NE
  Albuquerque, NM 87110

  Information Recyclers
  202A County Road 55
  Cerrillos, NM 87010

  Michael Blalock
  1726 5th Street
  Bremerton, WA 98337

            /s/ *Kerry M. Mustico*
            Kerry M. Mustico